PROB 22
(Rev. 01.24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0860 4:17CR00293

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jared R. Dale | Eastern District of Arkansas | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 13, 2025
Tammy H. Downs, Clerk
By: Rainey Moore D.C.
DEP CLERK

**NAME OF SENTENCING JUDGE**
Honorable Brian S. Miller

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: April 25, 2023
TO: April 24, 2028

**OFFENSE**
Distribution of Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence and employment in the Eastern District of Missouri, as well as prosocial ties.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF ARKANSAS**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Missouri** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/7/2024
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **Missouri**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 7, 2025
Effective Date

*signature*
United States District Judge

1

U.S. District Court
Eastern District of Arkansas (Central Division)
CRIMINAL DOCKET FOR CASE #: 4:17-cr-00293-BSM-41

Case title: USA v. Loadholt et al  
Correspondence Case: 4:17-crcor-00293

Date Filed: 10/03/2017  
Date Terminated: 08/17/2020

### Special Master

**Angela Campbell**  
angela@dickeycampbell.com  
*TERMINATED: 01/10/2022*

represented by **Angela Campbell**  
Dickey & Campbell Law Firm PLC  
301 East Walnut Street  
Suite 1  
Des Moines, IA 50309  
515-288-5010  
Email: angela@dickeycampbell.com  
PRO SE

Assigned to: Judge Brian S. Miller

### Defendant (41)

**Jared R Dale**  
*TERMINATED: 08/17/2020*

represented by **Jordan Brown Tinsley**  
Tinsley & Youngdahl, PLLC  
Post Office Box 7487  
Little Rock, AR 72217  
501-374-2099  
Fax: 501-374-2098  
Email: jordan@tyattorney.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

### Pending Counts

21:841(a)(1) and 21:841(b)(1)(B)  
Distribution of Methamphetamine  
(1sss)

### Disposition

84 months imprisonment; 5 years supervised release; and $100 special assessment fee

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846 Conspiracy to Possess with Intent to Distribute and to Distribute

### Disposition

dismissed by government's motion

| | |
|---|---|
| Methamphetamine (1) | |
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine (10s) | dismissed by government's motion |
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine (10ss) | dismissed by government's motion |
| 21:841(a)(1) and 21:841(b)(1)(A) Distribution of Methamphetamine (18) | dismissed by government's motion |
| 21:841(a)(1)and 21:841(b)(1)(A) Distribution of Methamphetamine (30s) | dismissed by government's motion |
| 21:841(a)(1) and 21:841(b)(1)(A) Distribution of Methamphetamine (30ss) | dismissed by government's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Garnishee**

**Chambers Bank**     represented by     **John C. Riedel**
Chambers Bancshres, Inc.
Post Office Box 1330
Danville, AR 72833
479-495-4690
Fax: 479-495-4769
Email: jcriedel@chambers.bank
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**     represented by     **Joshua A. Newton**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

501-340-2600
Email: josh.newton@usdoj.gov
*TERMINATED: 11/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Liza Jane Brown**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: liza.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Cameron Charles McCree**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2624
Email: Cameron.McCree@usdoj.gov
*TERMINATED: 10/02/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kristin Huntington Bryant**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: kristin.bryant@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Lakeita F. Rox-Love**
U. S. Department of Justice - Organized Crime & Gang Section
1301 New York Avenue, NW - Suite 700
Washington, DC 20005
202-307-3345
Email: lakeita.rox-love@usdoj.gov
*TERMINATED: 01/07/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Marianne Shelvey**

U. S. Department of Justice - Organized Crime & Gang Section
1301 New York Avenue, NW - Suite 700
Washington, DC 20005
202-307-2083
Email: marianne.shelvey@usdoj.gov
*TERMINATED: 01/07/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Stephanie Gosnell Mazzanti**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: Stephanie.Mazzanti@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2017 | 1 | MOTION to Seal Indictment as to all Defendants. (cby) (Entered: 10/04/2017) |
| 10/03/2017 | 2 | ORDER granting 1 Motion to Seal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/3/2017. (cby) (cby). (Entered: 10/04/2017) |
| 10/03/2017 | 3 | INDICTMENT as to all Defendants. (cby) (cby). (Entered: 10/04/2017) |
| 10/11/2017 |   | INDICTMENT UNSEALED as to all Defendants.(cby) (Entered: 10/11/2017) |
| 10/11/2017 | 4 | MOTION to Unseal Indictment as to all Defendants. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 5 | ORDER granting 4 Motion to Unseal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/11/2017. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 10 | NOTICE OF ATTORNEY APPEARANCE Kristin Huntington Bryant appearing for USA. (Bryant, Kristin) (Entered: 10/11/2017) |
| 10/11/2017 | 12 | Writ of Habeas Corpus ad Prosequendum Issued as to Jared R Dale for 10/17/2017. Signed by Magistrate Judge Patricia S. Harris on 10/11/2017. (fcd) (Entered: 10/11/2017) |
| 10/12/2017 | 23 | NOTICE OF ATTORNEY APPEARANCE Cameron Charles McCree appearing for USA. *For Asset Forfeiture Purposes Only* (McCree, Cameron) (Entered: 10/12/2017) |
| 10/17/2017 | 123 | ORDER APPOINTING CJA ATTORNEY Jordan Brown Tinsley for Jared R Dale. Signed by Magistrate Judge Patricia S. Harris on 10/17/2017. (fcd) (Entered: 10/18/2017) |
| 10/17/2017 | 144 | CJA 23 Financial Affidavit (sealed) by Jared R Dale (cby) (Entered: 10/18/2017) |

| | | |
|---|---|---|
| 10/17/2017 | 178 | Minute Entry for proceedings held before Magistrate Judge Patricia S. Harris: Initial Appearance, Plea & Arraignment as to Jared R Dale held on 10/17/2017. Not Guilty Plea entered by Defendant on counts 1, 18. CJA Jordan Tinsley, AUSA Liza Brown, ECRO Colleen DuBose. (cby) (Entered: 10/18/2017) |
| 10/17/2017 | 179 | NOTICE OF HEARING as to Jared R Dale. Jury Trial set for 11/20/2017 at 9:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. (cby) (Entered: 10/18/2017) |
| 10/18/2017 | 195 | ORDER TO LODGE DETAINER as to Jared R Dale. The U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named defendant. Signed by Magistrate Judge Patricia S. Harris on 10/18/2017. (cby) (Entered: 10/18/2017) |
| 10/23/2017 | 221 | Arrest Warrant Returned Executed on 10/17/2017 in case as to Jared R Dale. (alm) (Entered: 10/24/2017) |
| 10/25/2017 | 226 | Writ of Habeas Corpus ad Prosequendum Returned Executed on 10/20/2017 as to Jared R Dale. (fjg) (Entered: 10/25/2017) |
| 10/27/2017 | 250 | PRETRIAL DISCOVERY ORDER in case as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Jeffrey L Knox, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Joseph D Pridmore. Signed by Chief Judge Brian S. Miller on 10/27/2017. (lc) (Entered: 10/27/2017) |
| 10/31/2017 | 261 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 5/7/2018 at 9:30 AM as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Jeffrey L Knox, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Joseph D Pridmore. Signed by Chief Judge Brian S. Miller on 10/31/2017. (cby) (Entered: 10/31/2017) |
| 04/17/2018 | 479 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/29/2018 at 9:30 AM as to David D Singleton et al (Defendants 2 through 44). Signed by Chief Judge Brian S. Miller on 4/17/2018. (cby) (Entered: 04/17/2018) |
| 05/09/2018 | 489 | MEMORANDUM from U.S. Marshal Service as to Jared R Dale. Defendant taken into U.S. Marshal Service custody on a detainer from SW Ark. Community Correction Center, Texarkana on 04/20/2018. (fjg) (Entered: 05/09/2018) |
| 06/08/2018 | 519 | MOTION for Release from Custody *Pretrial* by Jared R Dale (Tinsley, Jordan) (Entered: 06/08/2018) |

| | | |
|---|---|---|
| 06/11/2018 | 520 | NOTICE REFERRING 519 MOTION for Release from Custody Pretrial to Magistrate Judge Joe J. Volpe as to Jared R Dale. Signed at the direction of the court on 6/11/2018. (cby) (Entered: 06/11/2018) |
| 06/12/2018 | 521 | NOTICE OF HEARING ON MOTION for release from custody as to Jared R Dale 519 set for 6/19/2018 at 11:00 a.m. in Little Rock, Courtroom #2C before Magistrate Judge Joe J. Volpe. (lej) (Entered: 06/12/2018) |
| 06/19/2018 | 527 | Minute Entry for Detention Hearing before Magistrate Judge Joe J. Volpe as to Jared R Dale held on 6/19/2018. (ECRO Lorna Jones) (lej) (Entered: 06/19/2018) |
| 06/19/2018 | 528 | ORDER OF DETENTION as to Jared R Dale. Signed by Magistrate Judge Joe J. Volpe on 6/19/2018. (lej) (Entered: 06/20/2018) |
| 09/12/2018 | 567 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 4/29/2019 at 9:30 AM as to all Defendants. Signed by Chief Judge Brian S. Miller on 9/12/2018. (cby) (Entered: 09/12/2018) |
| 09/27/2018 | 580 | MOTION to Withdraw as Attorney by Cameron McCree, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore (McCree, Cameron) (Entered: 09/27/2018) |
| 10/02/2018 | 585 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 580 Motion to Withdraw as Attorney. Cameron Charles McCree withdrawn from case as to Troy R Loadholt (1), David D Singleton (2), Darlene Walker (3), Wesley S Gullett (4), Michael J Roberts (5), Shelby L Thompson (6), Corey A Ford (7), Cory S Donnelly (8), Lesa A Standridge (9), Dallas D Standridge (10), Jeffrey G Howell (11), Richard K Hampton (12), Susan Hampton (13), April M Teeter (14), Melissa D Kizer (15), Andrew R Syverson (16), Robert H Chandler (17), Brittany Ferguson (18), Shannon J Ferguson (19), Brittanie N Handley (20), April Howell (21), Tiffany L Parker (22), Heath Kizer (23), Ralph A Ross (24), Britanny S Conner (25), Kathrine R Ross (26), Jeffrey L Knox (27), Christopher S Helms (28), Tony L Heydenreich (29), Valerie J Baker (30), Thomas I Plaisance Jr (31), Paula S Enos (32), Wesley W Pierson (33), Henri T Keener II (34), Justin B Howell (35), Jayme L Short (36), Daniel Adame (37), Skippy D Sanders (38), Timothy J Ferguson (39), Kevin M Long (40), Jared R Dale (41), James Nicholas George (42), Keith C Savage (43), Joseph D Pridmore (44). Signed by Chief Judge Brian S. Miller on 10/2/18. (lp) (Entered: 10/02/2018) |
| 02/05/2019 | 612 | MOTION to Seal Superseding Indictment as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 613 | ORDER granting 612 Motion to Seal Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 2/5/2019. (cby) (Entered: 02/12/2019) |

| | | |
|---|---|---|
| 02/05/2019 | 614 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 615 | TRUE BILL. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 616 | ORDER re : Numbering of Defendants. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 617 | MOTION to Seal Superseding Indictment (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 618 | ORDER granting 617 Motion to Seal Superseding Indictment. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/12/2019 | | SUPERSEDING INDICTMENT UNSEALED pursuant to order. (cby) (Entered: 02/12/2019) |
| 02/13/2019 | 667 | NOTICE OF HEARING as to Jared R Dale, with waiver of appearance instructions. Arraignment set for 2/28/2019 02:00 PM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (csf) (Entered: 02/13/2019) |
| 02/14/2019 | 674 | NOTICE OF ATTORNEY APPEARANCE Marianne Shelvey appearing for USA. (Shelvey, Marianne) (Entered: 02/14/2019) |
| 02/27/2019 | 802 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jared R Dale (cby) (Entered: 02/27/2019) |
| 02/27/2019 | 803 | ORDER Denying 802 Waiver of Presence at Arraignment filed by Jared R Dale. Signed by Magistrate Judge Beth Deere on 2/27/2019. (cby) (Entered: 02/27/2019) |
| 02/28/2019 | 821 | Minute Entry for proceedings held before Magistrate Judge Beth Deere: Plea & Arraignment as to Jared R Dale (41) held on 2/28/2019. Not Guilty Plea entered by Defendant. CJA Jordan Tinsley, AUSA Liza Brown, ECRO Suzy Flippen. (cby) (Entered: 03/01/2019) |
| 03/04/2019 | 827 | Arrest Warrant Returned Executed on 02/28/2019 as to Jared R Dale. (llg) (Entered: 03/04/2019) |
| 03/07/2019 | 842 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/28/2019 at 9:30 AM as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, Adam F Mitchell, Christopher Buber, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 3/7/2019. (cby) (Entered: 03/07/2019) |
| 04/17/2019 | 948 | SEALED ORDER. Signed by Chief Judge Brian S. Miller on 4/17/2019. (cby) (Entered: 04/17/2019) |
| 07/09/2019 | 1019 | PRETRIAL DISCOVERY ORDER in case as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, |

| | | |
|---|---|---|
| | | Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 7/9/2019. (cmn) (Entered: 07/09/2019) |
| 08/06/2019 | 1027 | ORDER appointing Angela L. Campbell as the Coordinating Discovery Attorney (CDA) for court-appointed defense counsel as to all defendants. Signed by Judge Brian S. Miller on 8/6/2019. (cmn) (Entered: 08/06/2019) |
| 09/03/2019 | 1058 | SECOND SUPERSEDING INDICTMENT as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance Jr, Paula S Enos, Wesley W Pierson, Henri T Keener II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, and Amos Adame. (fcd) (Entered: 09/05/2019) |
| 09/03/2019 | 1059 | TRUE BILL. (fcd) (Entered: 09/05/2019) |
| 09/04/2019 | 1060 | ORDER re: Numbering of Defendants in Second Superseding Indictment. Signed by Judge Brian S. Miller on 9/4/2019. (fcd) (Entered: 09/05/2019) |
| 09/06/2019 | 1098 | NOTICE OF HEARING as to Jared R Dale. Plea & Arraignment set for 9/26/2019 at 2:00 PM in Little Rock Courtroom # 2C before Magistrate Judge Joe J. Volpe. (cmn) (Entered: 09/06/2019) |
| 09/11/2019 | 1135 | MOTION to Continue *Jury Trial* by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: |

| | | |
|---|---|---|
| | | 09/11/2019) |
| 09/12/2019 | 1142 | ORDER TO CONTINUE - Ends of Justice as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Jury Trial set for 3/23/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 9/12/2019. (cmn) (Entered: 09/12/2019) |
| 09/19/2019 | 1200 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jared R Dale. (fcd) (Entered: 09/19/2019) |
| 09/19/2019 | 1201 | ORDER approving 1200 Waiver of Presence at Arraignment filed by Jared R Dale. Signed by Magistrate Judge Joe J. Volpe on 9/19/2019. (fcd) (Entered: 09/19/2019) |
| 01/13/2020 | 1371 | NOTICE OF ATTORNEY APPEARANCE Lakeita F. Rox-Love appearing for USA. (Rox-Love, Lakeita) (Entered: 01/13/2020) |
| 01/21/2020 | 1382 | NOTICE OF HEARING as to Jared R Dale: Change of Plea Hearing set for 1/31/2020 at 01:00 PM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 01/21/2020) |
| 01/30/2020 | 1395 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF HEARING CANCELLED as to Jared R Dale re 1382 Notice of Hearing with Form. Hearing to be reset by separate notice. (rmg) (Entered: 01/30/2020) |
| 01/30/2020 | 1396 | NOTICE OF HEARING as to Jared R Dale: Change of Plea Hearing set for 2/7/2020 at 01:30 PM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 01/30/2020) |
| 02/07/2020 | 1398 | WAIVER OF INDICTMENT by Jared R Dale. (cmn) (Entered: 02/07/2020) |
| 02/07/2020 | 1399 | INFORMATION as to Jared R Dale (41). (cmn) (Entered: 02/07/2020) |
| 02/07/2020 | 1400 | Minute Entry for proceedings held before Judge Brian S. Miller: Waiver & Plea Hearing as to Jared R Dale (41) held on 2/7/2020. Guilty Plea entered by defendant on Count 1 of Information. Defendant remanded to USM custody. AUSA Stephanie Mazzanti, CJA Jordan Tinsley, Court Reporter Judy A. Ammons. (cmn) (Entered: 02/07/2020) |
| 02/07/2020 | 1401 | PLEA AGREEMENT as to Jared R Dale. (cmn) (Entered: 02/07/2020) |
| 02/07/2020 | 1402 | PLEA AGREEMENT ADDENDUM (under seal) re 1401 Plea Agreement. (cmn) (Entered: 02/07/2020) |
| 02/07/2020 | 1403 | SEALED Document. (cmn) (Entered: 02/07/2020) |

| | | |
|---|---|---|
| 02/14/2020 | 1410 | MOTION for Hearing *Motion for Status Hearing* by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Docket text modified on 2/28/2020 to correct the relevant parties pursuant to instruction from Chambers.)(cmn) (Entered: 02/14/2020) |
| 02/28/2020 | | NOTICE OF DOCKET CORRECTION re 1410 Motion. CORRECTION: The docket text was modified to correct the relevant parties. (cmn) (Entered: 02/28/2020) |
| 03/10/2020 | 1440 | SEALED DOCUMENT. (cmn) (Entered: 03/10/2020) |
| 04/14/2020 | 1472 | Unopposed MOTION to Extend Time *to File Objections to PSR* by Jared R Dale (Tinsley, Jordan) (Entered: 04/14/2020) |
| 04/16/2020 | 1478 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 1472 Motion to Extend Time as to Jared R Dale (41). Objections due by 05/01/2020. Signed by Judge Brian S. Miller on 04/16/2020. (rmg) (Entered: 04/16/2020) |
| 05/08/2020 | 1486 | STATUS REPORT by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: 05/08/2020) |
| 06/25/2020 | 1549 | NOTICE OF HEARING as to Jared R Dale: Sentencing set for 7/17/2020 at 02:00 PM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 06/25/2020) |
| 07/13/2020 | 1575 | SENTENCING MEMORANDUM by Jared R Dale (Attachments: # 1 Exhibit A) (Tinsley, Jordan) (Entered: 07/13/2020) |
| 07/17/2020 | 1576 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Sentencing held on 7/17/2020 for Jared R Dale; Defendant sentenced on Count 1 of the Superseding Information to 84 months imprisonment; 5 years supervised release; and $100 special assessment fee; Defendant remanded to USMS custody. |

| | | |
|---|---|---|
| | | (AUSA: Stephanie Mazzanti; Defense: Jordan Tinsley; USPO: Jonathon Wright; Court Reporter: Suzanne McKennon.) (ljb) (Docket text modified on 7/17/2020 to correct a typographical error) (jak) (Entered: 07/17/2020) |
| 08/17/2020 | 1621 | JUDGMENT as to Jared R Dale (41). Count 1sss: 84 months imprisonment; 5 years supervised release; and $100 special assessment fee. Signed by Judge Brian S. Miller on 8/17/2020. (fcd) (Entered: 08/18/2020) |
| 01/04/2021 | 1866 | STATUS REPORT *Report of Issues for Status Conference* by USA as to Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney. (Mazzanti, Stephanie) (Docket entry modified on 1/5/2021 to correct applicable parties pursuant to instruction from Chambers.)(cmn) (Entered: 01/04/2021) |
| 01/04/2021 | 1867 | MOTION to Withdraw as Attorney by Lakeita F. Rox-Love, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Rox-Love, Lakeita) (Entered: 01/04/2021) |
| 01/04/2021 | 1868 | MOTION to Withdraw as Attorney by Marianne Shelvey, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Shelvey, Marianne) (Entered: 01/04/2021) |
| 01/05/2021 | | NOTICE OF DOCKET CORRECTION re 1866 Status Report. CORRECTION: The docket entry was modified to correct the applicable parties as "Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney." (cmn) (Entered: 01/05/2021) |

| | | |
|---|---|---|
| 01/07/2021 | 1881 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 1867 and 1868 Motions to Withdraw as Attorney. Lakeita F. Rox-Love and Marianne Shelvey withdrawn from case as to all defendants. Signed by Judge Brian S. Miller on 1/7/2021. (rmg) (Entered: 01/07/2021) |
| 01/25/2021 | 1920 | SEALED DOCUMENT. (cmn) (Entered: 01/25/2021) |
| 02/02/2021 | 1940 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |
| 02/02/2021 | 1941 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |
| 02/05/2021 | 1953 | Unopposed MOTION to Extend Time *to Submit Proposed Juror Questionnaire* by Marcus O Millsap. (Curry, Lee) (Docket text modified on 2/5/2021 to correct the party filer) (jak) (Entered: 02/05/2021) |
| 02/05/2021 | | NOTICE OF DOCKET CORRECTION [re 1953] Unopposed MOTION to Extend Time to Submit Proposed Juror Questionnaire by Marcus Millsap. CORRECTION: The docket text was modified to correct the party filer as Marcus Millsap as marked on the document. (jak) (Entered: 02/05/2021) |
| 07/26/2021 | 2150 | SEALED DOCUMENT.(bmd) (Entered: 07/26/2021) |
| 07/26/2021 | 2151 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/26/2021 | 2152 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/27/2021 | | NOTICE OF DOCKET CORRECTION re 2151 & 2152 Sealed Writs. CORRECTION: The docket entries were modified to include document numbers. (kbc) (Entered: 07/27/2021) |
| 08/12/2021 | 2182 | SEALED DOCUMENT. (fcd) (Entered: 08/12/2021) |
| 09/02/2021 | 2225 | SEALED DOCUMENT. (fcd) (Entered: 09/02/2021) |
| 09/30/2021 | 2268 | SEALED DOCUMENT. (bmd) (Entered: 09/30/2021) |
| 09/30/2021 | 2269 | SEALED DOCUMENT.(bmd) (Entered: 09/30/2021) |
| 05/03/2022 | 2431 | SEALED DOCUMENT. (bmd) (Entered: 05/03/2022) |
| 11/08/2024 | 2905 | MOTION to Withdraw as Attorney by Joshua Newton, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Newton, Joshua) (Entered: 11/08/2024) |

| 11/08/2024 | 2906 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 2905 motion to withdraw filed by USA. Attorney Joshua A. Newton terminated in case as to all defendants. Signed by Judge Brian S. Miller on 11/8/2024. (ljb) (Entered: 11/08/2024) |
|---|---|---|

A TRUE COPY I CERTIFY
Tammy H. Downs, Clerk
By: Rainey Moore D.C. on
**Jan 13, 2025**
For the United States District Court
Eastern District of Arkansas